# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Sanchez-Lopez**<br>DOB: 1987; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>17-04477MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(2)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 13, 2017, at or near Naco, in the District of Arizona, **Jose Sanchez-Lopez**, did knowing or in reckless disregard of the fact that certain aliens, including Lot Aguirre-Sanchez, Antonio Abad Estrada-Carranza, Alejandro Sorreano-Grande, and Felipe Vazquez-Hernandez, had not received prior official authorization to come to, enter, or reside in the United States, did bring to or attempt to bring to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 13, 2017, at or near Naco, in the District of Arizona, United States Border Patrol Agents (BPA) encountered five subjects in the Huachuca Mountains using an infrared device. BPA identified the members of the group as **Jose Sanchez-Lopez,** Lot Aguirre-Sanchez, Antoni Abad Estrada-Carranza, Alejandro Sorreano-Grande, and Felipe Vazquez-Hernandez. BPA determined that all five subjects were in the United States illegally.

The material witnesses, Lot Aguirre-Sanchez, Antoni Abad Estrada-Carranza, Alejandro Sorreano-Grande, and Felipe Vazquez-Hernandez, stated that they had made arrangements to be smuggled into the United States for money. Lot Aguirre-Sanchez, Antoni Abad Estrada-Carranza, and Alejandro Sorreano-Grande identified **Jose Sanchez-Lopez** in a photo lineup as the guide of their group who brought them into the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Lot Aguirre-Sanchez, Antoni Abad Estrada-Carranza, Alejandro Sorreano-Grande, and Felipe Vazquez-Hernandez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW _____ *RW* | SIGNATURE OF COMPLAINANT<br>/s/<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 14, 2017 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54